## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

**v.**

CRIMINAL NO. 21-002 (DRD)

**[10] EDGAR ROMERO-GONZALEZ,**
Defendant.

### UNITED STATES' MOTION TO DISMISS INDICTMENT

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, through its undersigned attorneys, and very respectfully states and prays that:

1.  On January 8, 2021, a Grand Jury returned an Indictment against the defendant.

2.  In the interests of justice, the United States hereby requests leave from the Court under Fed. R. Crim. P. 48(a) to dismiss the instant Indictment against defendant [10] Edgar Romero-Gonzalez.

**[space intentionally left blank]**

**WEREFORE**, the United States of America respectfully requests that this Honorable Court take notice of the aforementioned and accordingly dismiss the Indictment against this defendant.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 12th day of February, 2021.

> W. Stephen Muldrow
> United States Attorney
>
> Max Perez-Bouret
> Assistant U.S. Attorney, Chief
> Transnational Organized Crime Unit
>
> Richard Passanisi
> Assistant United States Attorney
> United States Attorney's Office
> Torre Chardón, Suite 1201
> 350 Carlos Chardón Avenue
> San Juan, Puerto Rico 00918
> Tel (787) 766-5656
> Fax (787) 772-4057

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Richard Passanisi*
Assistant United States Attorney